1  BRUCE A. KILDAY, SB No. 66415
    Email: bkilday@akk-law.com
2  CARRIE A. FREDERICKSON, SB No. 245199
    Email: cfrederickson@akk-law.com
3  ALEX T. HUGHES, SB No. 286409
    Email: ahughes@akk-law.com
4  **ANGELO, KILDAY & KILDUFF, LLP**
   Attorneys at Law
5  601 University Avenue, Suite 150
   Sacramento, CA 95825
6  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263
7

Attorneys for Defendants DAN DRUMMOND, THOMAS McDONALD, WEST SACRAMENTO POLICE DEPARTMENT, CITY OF WEST SACRAMENTO, KENNETH FELLOWS, TOD SOCKMAN, GERRIT MARKUS, TRENT TYLER, TOM MAGGIANO, NATHAN STEELE and DAVID DELAINI

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HUGHEY and JESSICA HUGHEY, | Case No.: 2:14-cv-00037-GEB-AC |
| Plaintiffs, | **STIPULATION TO SET ASIDE DEFAULT AND ORDER** |
| vs. | |
| DAN DRUMMOND, THOMAS McDONALD, WEST SACRAMENTO POLICE DEPARTMENT, CITY OF WEST SACRAMENTO, CHRISTOPHER WRIGHT, KENNETH FELLOWS, TOD SOCKMAN, GERRIT MARKUS, TRENT TYLER, TOM MAGGIANO, NATHAN STEELE and DAVID DELAINI, | **Honorable Troy L. Nunley** |
| Defendants. | |

WHEREAS on February 19, 2014, this Court issued a clerks certificate of Entry of Default against David Delaini, Tom Maggiano, Gerrit Markus, Tod Sockman, and Trent Tyler based on Plaintiffs' request dated February 18, 2014;

---

1

**STIPULATION TO SET ASIDE DEFAULT AND ORDER**

1  WHEREAS Plaintiffs' request for entry of default was based on a misunderstanding resulting from ineffective communication between counsel, and all parties now seek to avoid multiple pleadings and simplify the litigation.

THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE THAT:

1. Plaintiffs withdraw and/or strike their requests for entry of default dated February 18, 2014.
2. Defendants Dan Drummond, Thomas McDonald, West Sacramento Police Department, City of West Sacramento, Kenneth Fellows, Tod Sockman, Gerrit Markus, Trent Tyler, Tom Maggiano, Nathan Steele and David Delaini agree to file their response to Plaintiffs' complaint on February 21, 2014 or as soon thereafter as this order is approved and filed by the Court.

Dated: February 22, 2014               ANGELO, KILDAY & KILDUFF, LLP

                                        /s/ Alex T. Hughes
                                    By:_____
                                        BRUCE A. KILDAY
                                        CARRIE A. FREDERICKSON
                                        ALEX T. HUGHES
                                        Attorneys for Defendants


Dated: February 22, 2014               HUGHEY MOENIG, LLP

                                        /s/ Christopher Moenig
                                         as authorized
                                    By:_____
                                        CHRISTOPHER MOENIG
                                        JARRED LIEBER
                                        Attorneys for Plaintiffs

**ORDER**

Based upon the parties' stipulation to set aside the entry of default against Defendants David Delaini, Tom Maggiano, Gerrit Markus, Tod Sockman, and Trent Tyler it is ORDERED that the Clerk of the Court shall set aside the default entered against Defendants on February 19, 2014.

Dated: February 22, 2014

_____
Troy L. Nunley
United States District Judge