| | |
|---|---|
| 1 | LONGYEAR, O'DEA & LAVRA, LLP |
| | John A. Lavra, CSB No.: 114533 |
| 2 | Amanda L. McDermott, CSB No.: 253651 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: 916-974-8500 |
| 4 | Email: lavra@longyearlaw.com |
| | Attorneys for Defendant Christopher Wright |
| 5 | |
| | ANGELO, KILDAY & KILDUFF, LLP |
| 6 | Bruce A. Kilday |
| | 601 University Ave., Suite 150 |
| 7 | Sacramento, CA 95825 |
| | Telephone: (916) 564-6100 |
| 8 | Email: bkilday@akk-law.com |
| | Attorney for Defendants Dan Drummond, |
| 9 | City of West Sacramento, Kenneth Fellows, Tod Sockman, |
| | Gerrit Markus, Trent Tyler, Nathan Steele |
| 10 | |
| | ORTIZ LAW GROUP |
| 11 | Jesse Ortiz, CSB No. 176450) |
| | 980 9th Street, Ste. 340 |
| 12 | Sacramento, CA 95814 |
| | Telephone: (916) 443-9500 |
| 13 | Email: jesse@jesseortizlaw.com |
| | HUGHEY MOENIG, LLP |
| 14 | Christopher J. Moenig, SBN 267286 |
| | 520 9th Street, Suite 102 |
| 15 | Sacramento, California 95814 |
| | Telephone: 916.596.0003 |
| 16 | Email: cmoenig@hugheymoenig.com |
| | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| KEVIN HUGHEY and JESSICA HUGHEY, | Case No.: 2:14-CV-00037-TLN-AC |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER** |
| DAN DRUMMOND, CITY OF WEST SACRAMENTO, CHRISTOPHER WRIGHT, KENNETH FELLOWS, TOD SOCKMAN, GERRIT MARKUS, TRENT TYLER, NATHAN STEELE, and DOES 1 through 20, | |
| Defendants. | |

COMES NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following modification(s) to this Court's Pretrial Scheduling Order dated June 16, 2017 [ECF No. 70]:

|                              | **Current Schedule** | **Proposed New Schedule** |
|------------------------------|----------------------|---------------------------|
| Close of Non-expert Discovery | May 31, 2018         | July 30, 2018             |
| Expert Disclosure:            | July 26, 2018        | September 24, 2018        |

WHEREAS, the parties request no modification of the following pretrial and trial dates:

|                                | **Current Schedule**           |
|--------------------------------|--------------------------------|
| Hearing on Dispositive Motions: | November 15, 2018              |
| Final Pretrial Conference:      | February 21, 2019 at 2 p.m.    |
| Trial:                          | April 29, 2019 at 9 a.m.       |

WHEREAS, counsel for all parties have met and discussed the posture of this case, and agree that it would be in the interests of justice and judicial economy and that good causes exists for the modification of the scheduling order;

WHEREAS, the parties have agreed to participate in mediation, and allowing the parties to extend the deadlines as requested will save the parties time and expense while they pursue potential settlement;

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the trial date and pretrial deadlines will not prejudice any party or their counsel; and

THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties that this Court modifies the pretrial deadlines and trial date as set forth above.

**IT IS SO STIPULATED.**

Dated: March 21, 2018      LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ Amanda L. McDermott*
JOHN A. LAVRA
AMANDA L. MCDERMOTT
Attorneys for Defendant Christopher Wright

Dated: March 21, 2018      ORTIZ LAW GROUP

By: */s/ Nolan Berggren*
JESSE ORTIZ
NOLAN BERGGREN
Attorneys for Plaintiffs

Dated: March 21, 2018      ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Bruce A. Kilday*
BRUCE A. KILDAY
Attorney for Defendants Dan Drummond, City of West Sacramento, Kenneth Fellows, Tod Sockman, Gerrit Markus, Trent Tyler, Nathan Steele

## ORDER

Pursuant to stipulation of the parties, and good cause appearing, the following modifications will be made to this Court's Pretrial Scheduling Order [ECF No. 70]:

1. That the deadline for completion of non-expert witness discovery, currently set for May 31, 2018, is moved to July 30, 2018; and

2. That the deadline for disclosure of expert witnesses, currently set for July 26, 2018, is moved to September 24, 2018.

**IT IS SO ORDERED.**

Dated: April 6, 2018

Troy L. Nunley
United States District Judge