BRUCE A. KILDAY, SB No. 066415
   Email:  bkilday@akk-law.com
KEVIN J. DEHOFF, SB No. 252106
   Email:  kdehoff@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263
Attorneys for Defendants Dan Drummond, City of West Sacramento,
Kenneth Fellows, Tod Sockman, Gerrit Markus, Trent Tyler, Nathan Steele

JOHN A. LAVRA, SB No. 114533
   Email:  lavra@longyearlaw.com
LONGYEAR, O'DEA & LAVRA, LLP
3620 Americana River Drive, Suite 230
Sacramento, Ca 95864
Telephone:  (916) 974-8500
Attorneys for Defendant Christopher Wright

JESSE ORTIZ, SB No. 176450
   Email: jesse@jesseortizlaw.com
ORTIZ LAW GROUP
980 9th Street, Ste. 340
Sacramento, CA 95814
Telephone: (916) 443-9500
CHRISTOPHER J. MOENIG, SB No. 267286
   Email: cmoenig@moeniglaw.com
MOENIG LAW
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.248-4515 ext. 100
Fax:  (916) 248-4515
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN HUGHEY and JESSICA HUGHEY, | Case No.: 2:14-cv-00037-TLN-AC |
| Plaintiffs, | **STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND ORDER** |
| vs. | |
| DAN DRUMMOND, et al., | **MODIFIED FROM FILED VERSION** |
| Defendants. | |

This stipulation and proposed order is submitted to the Court by all parties.

WHEREAS the parties are attempting to resolve two matters currently before this Court. They are *Hughey v. Camacho* (Case No. 2:13-cv-2665-TLN-AC) and *Hughey v. Drummond* (Case No. 2:14-cv-00037-GEB-AC),

WHEREAS the parties retained the services of retired Judge Raul A. Ramirez and spent a full day on May 2, 2018 in a mediation,

WHEREAS the parties believe they made progress towards a global resolution, but recognize there is more work to do if these two cases are to be resolved. All parties desire to return to mediation with Judge Ramirez.

WHEREAS several depositions remain in the *Camacho* matter and all depositions and expert disclosures remain to be done in the *Drummond* matter,

WHEREAS the parties wish to focus their efforts on settlement discussions without incurring the significant expense of the depositions of multiple witnesses and the retention and disclosure of multiple experts,

THEREFORE, the parties, and each of them, jointly request a 90-day extension of the date of closure of discovery, including expert discovery in the *Drummond* matter. The parties also request that the hearing date for dispositive motions be moved back 30 days in the *Drummond* matter.

This should not impact the deadlines for the Final Pretrial Conference, which is set for February 21, 2019 in both *Camacho* and *Drummond*. The requested modification would not require a change in the dates for trial in *Drummond* (currently April 29, 2019) and *Camacho* (currently May 20, 2019).

Dated: June 26, 2018                  ANGELO, KILDAY & KILDUFF, LLP

                                              */s/ Bruce A. Kilday*
By:_____
    BRUCE A. KILDAY
    Attorneys for Defendants Dan
    Drummond, City of West Sacramento,

Kenneth Fellows, Tod Sockman, Gerrit Markus, Trent Tyler and Nathan Steele

Dated: June 27, 2018          LONGYEAR, O'DEA & LAVRA, LLP

*/s/ John A. Lavra* *(as authorized on 6/27/18)*
By:_____
JOHN A. LAVRA
Attorneys for Defendant Christopher Wright

Dated: June 29, 2018          ORTIZ LAW GROUP

*/s/ Jesse Ortiz* *(as authorized on 6/29/18)*
By:_____
JESSE ORTIZ
Attorneys for Plaintiffs

Dated: June 27, 2018          MOENIG LAW

*/s/ Christopher Moenig* *(as authorized on 6/27/18)*
By:_____
CHRISTOPHER MOENIG
Attorneys for Plaintiffs

**ORDER**

GOOD CAUSE APPEARING, the Court accepts the stipulation of the parties and modifies the scheduling order as follows:

|  | **Current Dates** | **New Dates** |
|---|---|---|
| Close of Non-expert Discovery: | July 30, 2018 | October 30, 2018 |
| Expert Disclosure: | September 24, 2018 | November 27, 2018 |
| Hearing on Dispositive Motions: | November 15, 2018 | **January 10, 2019** |
| Final Pretrial Conference: | February 21, 2019 at 2:00 p.m. | No Change |

Dated: July 9, 2018

_____
Troy L. Nunley
United States District Judge