UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HUGHEY and JESSICA HUGHEY,<br><br>Plaintiff,<br><br>v.<br><br>DAN DRUMMOND, et al.,<br><br>Defendants. | No. 2:14-cv-00037 TLN AC<br><br>ORDER |

Before the court is defendant Christopher Wright's motion to compel discovery, filed October 25, 2018, with an initial hearing date of November 14, 2018 requested. ECF No. 83. On October 25, 2018, the court re-set the hearing for November 28, 2018 due to the unavailability of the requested date. ECF No. 24. On November 26, 2018, defendant re-noticed his motion to be heard on December 19, 2018. ECF No. 85. Discovery in this matter was to be completed by December 7, 2018. ECF No. 82. The court's pre-trial scheduling order specified that "completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." ECF No. 70.

Defendant's motion to compel is untimely and therefore will not be considered. The parties are free to continue to engage in informal negotiations regarding discovery, but the right to

seek enforcement by this court concluded no later than December 7, 2018.  ECF No. 82.  Because defendant's motion (ECF No. 83) is untimely it is DENIED and the hearing set for December 19, 2018 is VACATED.

      IT IS SO ORDERED.

DATED: December 12, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE