BRUCE A. KILDAY, SB No. 066415
   Email: bkilday@akk-law.com
KEVIN J. DEHOFF, SB No. 252106
   Email: kdehoff@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263
Attorneys for Defendants Dan Drummond, City of West Sacramento, Kenneth Fellows, Tod Sockman, Gerrit Markus, Trent Tyler, Nathan Steele

JOHN A. LAVRA, SB No. 114533
   Email: lavra@longyearlaw.com
LONGYEAR, O'DEA & LAVRA, LLP
3620 Americana River Drive, Suite 230
Sacramento, Ca 95864
Telephone: (916) 974-8500
Attorneys for Defendant Christopher Wright

JESSE ORTIZ, SB No. 176450
   Email: jesse@jesseortizlaw.com
ORTIZ LAW GROUP
980 9th Street, Ste. 340
Sacramento, CA 95814
Telephone: (916) 443-9500

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN HUGHEY and JESSICA HUGHEY, | Case No.: 2:14-CV-00037-TLN-AC |
| Plaintiff, | **STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER AND ORDER** |
| vs. | |
| DAN DRUMMOND, et al., | |
| Defendant | |

This stipulation and proposed order is submitted to the Court by all parties.

WHEREAS the parties are attempting to resolve two matters currently before this court. They are *Hughey v. Camacho* (Case No. 2:13-cv-2665-TLN-AC) and *Hughey v. Drummond* (Case No. 2:14-cv-00037-GEB-AC),

WHEREAS the parties retained the services of retired Judge Raul A. Ramirez and spent a full day on May 2, 2018 in a mediation,

WHEREAS the parties believe they made progress towards a global resolution, but recognize there is more work to do if these two cases are to be resolved. All parties desired to return to mediation with Judge Ramirez.

WHEREAS, on August 29, 2018 the parties returned to a full day plus of continued mediation with retired Judge Raul Ramirez. The parties believe that they continue to make progress towards a global resolution of the two cases.

WHEREAS, at the conclusion of the August 29, 2018 mediation, the parties agreed, and Judge Ramirez concurred, that although continued progress had been made, a third mediation should be scheduled pending further discussion among defendant's principals. With Judge Ramirez's concurrence and recommendation, the parties agreed to continue discovery and expert disclosure to allow for the scheduling of a third mediation.

WHEREAS several depositions remain in the *Camacho* matter and all depositions and expert disclosures remain to be done in the *Drummond* matter,

WHEREAS the parties wish to focus their efforts on settlement discussions without incurring the significant expense of the depositions of multiple witnesses and the retention and disclosure of multiple experts,

WHEREAS a third mediation was scheduled and held on December 5, 2018 with retired Judge Ramirez. The parties made significant progress. The parties have moved close to settlement, and are presently engaged in follow up discussions post mediation among counsel and Judge Ramirez. The parties agree that the cost of further discovery and preparation of Rule 26 expert reports and disclosures will affect the settlement proceeds that are available and ultimately may affect the successful resolution of the case.

THEREFORE, the parties, and each of them, jointly request an extension of the date of closure of discovery and disclosure of expert witnesses, including expert discovery in the *Drummond* matter.

This should not impact the deadlines for the Final Pretrial Conference, which is set for February 21, 2019 in both *Camacho* and *Drummond*. The requested modification would not require a change in the dates for trial in *Drummond* (currently April 29, 2019) and *Camacho* (currently May 20, 2019).

Dated: December 14, 2018      LONGYEAR, O'DEA & LAVRA, LLP

*/s/ John A. Lavra (as authorized on December 14, 2018)*
By:   JOHN A. LAVRA
      Attorney for Defendant Christopher Wright

Dated: December 14, 2018      ANGELO, KILDAY & KILDUFF, LLP

*/s/ Bruce A. Kilday (as authorized on December 14, 2018)*
By:   BRUCE A. KILDAY
      Attorneys for Defendants Dan
      Drummond, City of West Sacramento,
      Kenneth Fellows,
      Tod Sockman,
      Gerrit Markus,
      Trent Tyler and Nathan Steele

Dated: December 14, 2018      ORTIZ LAW GROUP

*/s/ Jesse Ortiz (as authorized on December 14, 2018)*
By:   JESSE ORTIZ
      Attorneys for Plaintiffs

**ORDER**

GOOD CAUSE APPEARING, the Court accepts the stipulation of the parties and modifies the scheduling order as follows:

|  | **Current Dates** | **New Dates** |
|---|---|---|
| Close of Non-expert Discovery: | December 7, 2018 | February 7, 2019 |
| Expert Disclosure: | January 4, 2019 | February 7, 2019 |
| Hearing on Dispositive Motions: | February 7, 2019 | February 7, 2019 |
| Final Pretrial Conference: | February 21, 2019 at 2:00 p.m. | No Change |

Dated: December 18, 2018

_____
Troy L. Nunley
United States District Judge